**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01917-LTB-OES

ARC WIRELESS SOLUTIONS, INC., a Utah corporation,
    Plaintiff,

v.

MICROCOM TECHNOLOGIES, INC., a California corporation,
    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on Plaintiff's Motio for Dismissal With Prejudice (filed June 24, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

_____
Lewis T. Babcock, Chief Judge

Dated: June 29, 2005